UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60153-CIV-MARRA

LUIS SIERRA,

    Plaintiff,

vs.

RICKEY'S RESTAURANT AND LOUNGE,
INC. d/b/a RICKEY'S RESTAURANT &
LOUNGE, and W&B WIT INVESTMENT, LLC,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal With Prejudice [DE 13].  The Court has considered the joint stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby dismissed with prejudice.  Fed. R. Civ. P. 41(a).  Each party shall bear his/its own attorneys' fees and costs except as otherwise stated in the parties' agreement.  The Court retains jurisdiction for enforcement purposes, if necessary.  Any pending motions are denied as moot.  This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of April, 2017.

                                                      KENNETH A. MARRA
                                                      United States District Judge